UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALDACO-MOSQUEDA aka CARLOS ALDACO<br><br>Plaintiff,<br><br>vs.<br><br>SHERWOOD MANAGEMENT CO., INC. DBA DANIEL'S JEWELERS; KIA FINANCE AMERICA; THE BANK OF MISSOURI; THE BEST SERVICE COMPANY; VERIZON WIRELESS SERVICES, LLC; CREDENCE RESOURCE MANAGEMENT, LLC; NATIONAL CREDIT ADJUSTERS, LLC; KEVIN JEWELERS AKA SABIE FINANCE INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC<br><br>Defendants. | Case No. 24-cv-01061-SVW-PVC<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC AND THE ENTIRE ACTION WITH PREJUDICE UNDER <u>FED. R. CIV. P. 41(a)(1)</u>** |

-1-

Plaintiff Carlos Aldaco-Mosqueda aka Carlos Aldaco and **DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC,** by and through counsel, having stipulated to the dismissal of the above-captioned matter *with prejudice* as to **DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC AND THE ENTIRE ACTION** as a result of the settlement between Plaintiff Carlos Aldaco-Mosqueda aka Carlos Aldaco and **DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC**, the Court hereby **GRANTS** the stipulation to dismiss Defendant **DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC AND THE ENTIRE ACTION,** *with prejudice.*

IT IS SO ORDERED

Dated: October 29, 2024

By: _____
Hon. Stephen V. Wilson
United States District Court Judge